IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

FILED
JUL - 9 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:24-cr-45 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 1344 and 2 |
| | ) | Bank Fraud |
| CEARA SMITH, | ) | (Count 1) |
| | ) | |
| Defendant. | ) | 18 U.S.C. §§ 1028A and 2 |
| | ) | Aggravated Identity Theft |
| | ) | (Count 2) |
| | ) | |
| | ) | 18 U.S.C. § 982(a)(2)(A) |
| | ) | Asset Forfeiture |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times relevant to this Criminal Information, unless otherwise stated:

INTRODUCTORY ALLEGATIONS

1. CEARA SMITH, the defendant herein, resided in Newport News, Virginia, in the Eastern District of Virginia.

2. Identity theft victim A.D. was an active duty member of the United States Air Force, stationed at the Charleston Air Force Base in South Carolina. A.D. has never lived in Virginia and was not present in Virginia at any time relevant to this Criminal Information.

3. Langley Federal Credit Union (LFCU) is a financial institution, as defined in 18 U.S.C. § 20. LFCU is a credit union with accounts insured by the National Credit Union Share Insurance Fund.

## THE SCHEME AND ARTIFICE

4. The object of the scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises was for the defendant to fraudulently obtain and attempt to obtain money and property under the custody and control of financial institutions by applying for and receiving lines of credit and loans using the names and personal identifiable information (PII) of identity theft victims, which were acquired under false pretenses.

5. It was part of the scheme and artifice to defraud that the defendant and others working with the defendant misrepresented their identities and intentions to identity theft victim A.D. and convinced A.D., under false pretenses, to provide his personal and financial information to the defendant and others working with the defendant.

6. It was further part of the scheme and artifice to defraud that in or about January 2023, the defendant, impersonating identity theft victim A.D. and without A.D.'s consent or knowledge, submitted an online inquiry to purchase a 2015 Dodge Charger from Your Kar Company, located in Norfolk, Virginia.

7. It was further part of the scheme and artifice to defraud that the defendant, impersonating identity theft victim A.D. and without A.D.'s consent or knowledge, communicated with a sales associate at Your Kar Company about purchasing the 2015 Dodge Charger.

8. It was further part of the scheme and artifice to defraud that the defendant fraudulently applied for and received a loan from LFCU for the 2015 Dodge Charger in the amount of approximately $25,005.00, using the PII of identity theft victim A.D. that had been obtained from him under false pretenses, including his name, social security number, driver's license number, and date of birth, without the consent or knowledge of A.D.

9. It was further part of the scheme and artifice to defraud that the defendant, posing as A.D., fraudulently applied for and obtained membership with LFCU using A.D.'s PII, in order to facilitate receipt of the auto loan described above.

10. It was further part of the scheme and artifice to defraud that the defendant contacted LFCU several times, impersonating A.D., multiple LFCU employees, and a car dealership employee, in order to facilitate receipt of the auto loan described above.

11. It was further part of the scheme and artifice to defraud that the defendant, using A.D.'s PII, electronically submitted paperwork to complete the purchase of the 2015 Dodge Charger from Your Kar Company.

12. It was further part of the scheme and artifice to defraud that the defendant took possession of the 2015 Dodge Charger fraudulently obtained in A.D.'s name from Your Kar Company in Norfolk and personally used the vehicle to her own benefit.

13. It was further part of the scheme and artifice to defraud that the defendant, impersonating identity theft victim A.D. and without A.D.'s knowledge or consent, obtained two credit cards and a debit card with LFCU using A.D.'s PII.

14. It was further part of the scheme and artifice to defraud that the defendant successfully obtained cash advances on LFCU cards fraudulently obtained using A.D.'s PII.

15. It was further part of the scheme and artifice to defraud that the defendant conducted POS purchases, and attempted additional POS purchases, from various businesses using a LFCU card fraudulently obtained using A.D.'s PII.

16. It was further part of the scheme and artifice to defraud that the defendant contacted LFCU and impersonated A.D., as well as LFCU staff, in an attempt to unfreeze funds after the account was flagged based on suspicious activity.

## COUNT ONE
## (Bank Fraud)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

1. The factual allegations contained above are incorporated herein by reference as if set out in full.

2. On or about January 17, 2023, in the Eastern District of Virginia and elsewhere, CEARA SMITH, the defendant herein, aided and abetted by others known and unknown, having devised the scheme and artifice described in paragraphs 4 to 16 above and incorporated herein by reference, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud and to obtain money, funds, credits, assets, securities, and other property owned by and under the custody and control of LFCU, which is a financial institution as defined under 18 U.S.C. § 20, by means of the following materially false and fraudulent pretenses, representations, and promises: The defendant fraudulently applied for and received a loan from LFCU in the amount of approximately $25,005.00, for the purchase of a 2015 Dodge Charger, using the name and other PII of identity theft victim A.D.

(In violation of Title 18, United States Code, Sections 1344 and 2.)

## COUNT TWO
(Aggravated Identity Theft)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

1. The factual allegations contained above are incorporated herein by reference as if set out in full.

2. On or about January 17, 2023, in the Eastern District of Virginia and elsewhere, CEARA SMITH, the defendant herein, aided and abetted by others known and unknown, having devised the scheme and artifice described in paragraphs 4 to 16 above and incorporated herein by reference, did unlawfully, knowingly, and intentionally use, without lawful authority, a means of identification of another during and in related to felony violations of provisions in Chapter 63 of Title 18, to wit: bank fraud, in violation of 18 U.S.C. § 1344, as set forth in Count One. Namely, the defendant used identity theft victim A.D.'s name, social security number, driver's license number, and date of birth to fraudulently apply for and receive a loan from LFCU in the amount of approximately $25,005.00.

(In violation of Title 18, United States Code, Sections 1028A and 2.)

## FORFEITURE

1. The defendant, if convicted of the violation alleged in Count 1 of this Criminal Information, shall forfeit to the United States, as part of sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e.).

(In accordance with Title 18, United States Code, Section 982(a)(2)(A).)

UNITED STATES v. CEARA SMITH
4:24-cr-___

                        Respectfully submitted,

                        JESSICA D. ABER
                        UNITED STATES ATTORNEY

By: _____
                        Alyson C. Yates
                        Special Assistant United States Attorney
                        United States Attorney's Office
                        One City Center
                        11815 Fountain Way, Suite 200
                        Newport News, Virginia 23606
                        Phone: (757) 591-4000
                        Fax: (757) 591-0866
                        Email: alyson.yates@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2024, I submitted the foregoing to the Clerk of Court to be filed. I will send a notification of such filing to counsel of record for the defendant:

Nicholas R. Hobbs
Schempf & Ware
4000 George Washington Memorial Highway
Yorktown, VA 23669
(757) 240-4000
Email: nhobbs@4000law.com

By: _____
Alyson C. Yates
Special Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: alyson.yates@usdoj.gov