**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet                                              U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number |
| County/Parish: | Same Defendant: | New Defendant: |
|  | Magistrate Judge Case Number: | Set arraignment: |
|  | Search Warrant Case Number: |  |
|  | R 20/R 40 from District of _____ . |  |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: |
|---|---|
| Defendant Name: CEARA SMITH | Alias Name(s): |

Address: Newport News, VA 23606
Employment:

| Birth Date: 1999 | SS#: 5216 | Sex: F | Race: | Nationality: | Place of Birth: |
|---|---|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: | |

Interpreter: Yes ☐ No ☐  List Language and/or dialect:

## Location Status:

| Arrest Date: | |
|---|---|

☐ Already in Federal Custody as of: ____ on: __.

| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
|---|---|---|
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: Nicholas R. Hobbs | ☐ Court Appointed |
|---|---|
| Address: 4000 George Washington Memorial Hwy | ☐ Retained |
| Telephone: 757-240-4000 | ☐ Public Defender |
|  | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
|  | ☐ CJA attorney: |

## U.S. Attorney Information:

| SAUSA Alyson Yates | Telephone No. 757-591-4000 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI – Jeffrey Noel

### U.S.C. Citations:

| Set 1 | 18 USC §§ 1344 and 2 | Bank Fraud | Felony | Count 1 |
|---|---|---|---|---|
| Set 2 | 18 USC §§ 1028A and 2 | Aggravated Identity Theft | Felony | Count 2 |
| Set 3 | 18 USC § 982(a)(2)(A) | Asset Forfeiture | | |
| Set 4 | . | | | |
| Set 5 | | | | |