IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.   Criminal No. 4:24cr00045

CEARA SMITH,
    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, CEARA SMITH, hereby appeals to the United States Court of Appeals for the 4th Circuit from the final judgment entered in this action on the 15th of May, 2025.  Counsel requests that a new attorney be appointed to represent Ms. Smith on appeal.

    Respectfully submitted,

    CEARA SMITH

    By:_____/s/_____
    Nicholas R. Hobbs, Esq.

By_____/s/_____
Nicholas R. Hobbs, Esq.
Virginia Bar # 71083
Attorney for Defendant
Smith Law Firm
133 Kings Way
Hampton, VA 23669
757-723-1991 phone
757-723-8023 fax
nhobbs@4000law.com

CERTIFICATE OF SERVICE

  I hereby certify that on the 29th day of May, 2025, I electronically filed the foregoing with the clerk of court using the CM/ECF system, which will send a notification of such filing (NEF) to the following :

Alyson Yates
Unites States Attorney Office
721 Lakefront Commons Suite 300
Newport News, VA 23606
Telephone Number: (757) 591-4026
Email: alyson.yates@usdoj.gov


By_____/s/_____
Nicholas R. Hobbs, Esq.
Virginia Bar # 71083
Attorney for Defendant
Smith Law Firm
133 Kings Way
Hampton, VA 23669
757-723-1991 phone
757-723-8023 fax
nhobbs@4000law.com